# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

IN RE:  
Thomas Lee Bradford  
**Debtor**

Case No. _____  
Chapter 13

## STATEMENT REGARDING PAY ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

- [x] I am unemployed; or
- [ ] I am self-employed; or
- [ ] My employer did not provide pay stubs.
- [ ] Other
  _____
  _____
  _____

Dated: 7/23/2015

/s/ Thomas Lee Bradford  
Debtor