UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE
Thomas Lee BRADFORD
**Debtors**

Case No 15-41692
Judge Bonapfel

## TAX AFFIDAVIT

I, **Thomas L. Bradford**, do certify that I did not earn income sufficient to be required to file an income tax for the period of **2011-2015**.

/s/ _Thomas Lee_                              _Bradford_  07/23/15
Debtor                                         Date

Sworn to and subscribed before me this 23RD day July, 20 15.

/s/ _Maria Bournakis_
Notary Public

In the County of Floyd

My commission expires: 05-30-17

MARIA LEONTINI BOURNAKIS
Notary Public, Georgia
Floyd County
My Commission Expires
May 30, 2017